PER §524 (c)(6)(B) APPROVAL OF REAFFIRMATION AGREEMENT IS NOT REQUIRED FOR CONSUMER DEBT SECURED BY REAL PROPERTY EVEN IN CASES IN WHICH THE INDIVIDUAL IS NOT REPRESENTED BY AN ATTORNEY.–

Date signed March 03, 2011



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:**   Case No.:   10–35450 – NVA   **Chapter:**   7

Walter M Skowrunski  
115 Cedar Hill Road  
Brooklyn, MD 21225

Melody M Skowrunski  
115 Cedar Hill Road  
Brooklyn, MD 21225

Creditor – Colonial Savings, F.A.

Reaffirmation – 16

## STATEMENT OF REVIEW

The above identified Reaffirmation Agreement has been reviewed. It appearing that all requirements of 11 U.S.C. § 524 have been complied with, counsel for debtor has made the certification set forth in 11 U.S.C. § 524(c)(3), and Part D of the Reaffirmation Agreement is completed in a manner not significantly disparate from the sworn statements of the debtor in Schedules I and J and creates no presumption of undue hardship under 11 U.S.C. § 524(m). No hearing, determination, or order is required.

cc:   Debtor(s)  
     Attorney for Debtor(s) – Brien M Penn  
     Chapter 7 Trustee – Marc H. Baer  
     Creditor – Colonial Savings, F.A., 2626 West Freeway #B, Forth Worth, TX 76102

**34.4** – *ckearney*

## End of Order